USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT STOLARIK,

                Plaintiff,

-against-

THE CITY OF NEW YORK, LIEUTENANT
EUGENE WHYTE, AND NYPD ASSISTANT
CHIEF KIM ROYSTER,

                Defendant.
------------------------------------------------------------X

15 CIVIL 5858 (RMB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Richard M. Berman, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
March 5, 2019

So Ordered:

*RMB*
U.S.D.J.

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk